**No. 39125.**—Protest 618980–G of Moscahlades Bros., Inc. (New York).

Opinion by KEEFE, J. It appeared that the fluid in which the olives were packed is used only as a preservative and is discarded when the olives are removed from the containers. On the authority of *Von Bremen* v. *United States* (T. D. 46643) and *Lippincott* v. *United States* (11 Ct. Cust. Appls. 29, T. D. 38646) it was held that the olives in question are dutiable on the invoice net weight exclusive of the oil and vinegar in which they are packed.